# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br>Shantel Magadanz (2),<br>　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　David T. Schultz<br>U.S. Magistrate Judge<br><br>Case No:　　　　　24-cr-337 DSD/ECW<br>Date:　　　　　　December 19, 2024<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　9E<br>Time Commenced:　2:15 p.m.<br>Time Concluded:　2:17 p.m.<br>Time in Court:　2 minutes |

APPEARANCES:

　Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
　Defendant:  Rob Meyers (for the purposes of today)
　　　X FPD

**Indictment Dated:** 12/18/2024

　X Reading of Indictment Waived　　X Not Guilty Plea Entered


Other Remarks:

　X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ aln*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy