

October 6, 2025

The Honorable John F. Docherty
Magistrate Judge of the District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

  **Re:**    **USA v. SHANTEL MAGADANZ**
          **Case No. 24-CR-0037 (KMM/JFD)**

Dear Judge Docherty,

      I am writing to inform the Court that there will be no need for a motions hearing in the above-entitled case. Ms. Magadanz recently accepted the Government's offer to resolve this matter. Accordingly, both parties are requesting to strike the motions hearing, which is currently scheduled for October 27, 2025.

                               Respectfully submitted,

Dated: October 6, 2025

*C. Connor Cremens*

C. Connor Cremens, Reg. No. 0398326
Kowitz Law
PO Box 598
Lindstrom, MN 55045
Telephone:  (651) 560-5980
Email:  connor@kowitzlaw.com


**Attorney for Defendant**
**Shantel Magadanz**